UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| S.R.P. (xxx-xxx-8720) | CIVIL ACTION NO. 5:20-CV-01523 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge, **REVERSES** the decision of the Commissioner, and **REMANDS** this case for further proceedings, with instructions to fully and fairly consider the diagnosis of multiple sclerosis, to evaluate the intensity and persistence of her symptoms beginning with the diagnosis, and to assess her residual functional capacity based on all of the relevant medical evidence and other evidence.

MONROE, LOUISIANA, this 7th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE